Prob 12C Amended
(6/13)

# UNITED STATES DISTRICT COURT
for the District of Maine

## Amended Petition for Warrant or Summons for Offender under Supervision

---

**Name of Offender**: Julion Parker     **Case Number**: 2:22CR00048

**Sentencing Judicial Officer**: Honorable Paul J. Barbadoro, U.S District Judge (D/NH)
**Assigned Judicial Official**:  Honorable Jon D. Levy, U.S. District Judge

**Date of Original Sentence**:  September 18, 2019

**Original Offense:**

  Count 1:  Possession of a Firearm by a Convicted Felon; 18 U.S.C. § 922(g)(1)
  Count 2:  Making a False Statement during the Acquisition of a Firearm; 18 § U.S.C. 922 (a)(6)
  Count 3: Making a False Statement during the Acquisition of a Firearm; 18 U.S.C. § 922 (a)(6)

**Original Sentence:**  Time Served; 36 Months Supervised Release

**Type of Supervision**: Supervised Release   **Date Supervision Commenced:** 09/19/2019

| **Assistant U.S. Attorney**: | **Defense Attorney**: |
|---|---|
| Sheila Sawyer | Jonathan M. Goodman |

---

## PETITIONING THE COURT

☒ This is an amended petition only and does not require judicial action

The probation officer believes that the offender has violated the following condition(s) of supervision:

| **Violation Number** | **Nature of Noncompliance** |
|---|---|
| One | **Violation of Standard Condition # 3: You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court of the probation officer.**<br><br>On **April 7, 2022**, USPO Phillips contacted Mr. Parker for purposes of conducting a home contact. **Mr. Parker informed that he was in Methuen, MA at his mother's residence. Mr. Parker did not have |

Prob 12C Amended (6/13)  Petition for Warrant or Summons for Offender Under Supervision

| | | |
|---|---|---|
| | | **permission to leave the District of Maine**. |
| | Two | **Violation of Standard Condition #2: After initially reporting to the probation officer, you will receive instructions from the court of the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.**<br><br>On **April 7, 2022**, USPO Phillips instructed Mr. Parker to return to his residence by 1430hrs for purposes of a home contact. **Mr. Parker failed to return to his residence, as instructed**. |
| | Three | **Violation of Special Condition #3: You must submit your person, property, house residence, vehicle, papers, computers (as defined in 18 U.S.C. § 1030(e)(1)), other electronic communications or data storage devices or media, or office, to a search conducted by a United States Probation Officer. Failure to submit to a search may be grounds for revocation of release. You must warn any other occupants that the premises may be subject to searches pursuant to this condition. The probation officer may conduct a search under this condition only when reasonable suspicion exists that you have violated a condition of supervision and that the areas to be searched contain evidence of this violation. Any search must be conducted at a reasonable time and in a reasonable manner.**<br><br>On **April 7, 2022**, the U.S. Probation Office attempted a search of Mr. Parker's residence after receiving what was determined to be specific and credible information about the presence of multiple firearms in Mr. Parker's residence and the exact locations in the home where they are stored; however, **Mr. Parker refused to permit a search.** |
| | Four | **Violation of Mandatory Condition #1: You must not commit another federal state, or local crime.**<br><br>On **May 28, 2021,** Mr. Parker was in **possession of a firearm, specifically a rifle,** in violation of **Possession of a Firearm by a Convicted Felon; 18 U.S.C. § 922(g)(1).**<br><br>On or about **April 8, 2022**, Mr. Parker was in **possession of several firearms to include: a Glock, rifle, Sauer P320, a musket, and a shotgun. In addition to the firearms, he was in possession of ammunition**. This constitutes as a federal offense in **violation of 18 U.S.C. § 922(g)(1) Possession of a Firearm by a Convicted Felon.**<br><br>On **April 29, 2022,** The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) executed a search warrant of Mr. Parker's residence. The search yielded the following: **a loaded assault rifle magazine with 30 rounds of ammunition, one round of shotgun ammunition, one holster for a Glock pistol, and an owner's manual for a Sig Sauer** |

Prob 12C Amended  
(6/13)

Petition for Warrant or Summons  
for Offender Under Supervision

| **P320**. |

**U.S. Probation Officer Recommendation:**

☒ The term of supervision should be:

    ☒ revoked.

    ☐ extended for {years} for a total of {years} years.

☐ the conditions of supervision should be modified as follows:

I declare under penalty of perjury the foregoing is true and correct.  
Executed on:    June 8, 2022  
Respectfully Submitted,

By: *Kate Phillips*

Kate Phillips  
U.S. Probation Officer

Reviewed: *Melanie Holton*  
Melanie Holton  
Supervisory U.S. Probation Officer  
6/8/2022

Prob 12C Amended  
(6/13)

Petition for Warrant or Summons  
for Offender Under Supervision

# SUPERVISED RELEASE VIOLATION COVER SHEET

**Name**: Julion Parker

**Y/O/B**: 1992

**Offense(s) of Conviction and Classification**:

Count 1: Possession of a Firearm by a Convicted Felon- Class C Felony
Count 2: Making a False Statement during the Acquisition of a Firearm- Class C Felony
Count 3: Making a False Statement during the Acquisition of a Firearm- Class C Felony

**Original Sentence**: Time Served; 36 Months Supervised Release

**Date Imposed**: September 18, 2019

**Available Penalties for Current Violation (with statutory reference)**:

**Imprisonment**: On each count, 2 years less any term of imprisonment imposed upon revocation of supervised release; 18 U.S.C. § 3583(e)(3)

**Supervised Release**: On each count, 3 years; 18 U.S.C. § 3583(h)

**Supervising U.S. Probation Officer**: Kate M. Phillips